# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAL-MOR-USA, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                      Appellant,
            vs.
GREEN TREE SERVICING, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,
                  Respondent.

No. 76635

**FILED**

JAN 13 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Ronald J. Israel, District Judge
       Janet Trost, Settlement Judge
       Law Offices of Raffi A. Nahabedian
       Akerman LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

20-01490